IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR75 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT J. COVINGTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on the report for warrant or summons for offender under supervision (Filing No. 38).  The defendant was present and represented by Richard H. McWilliams, Assistant Federal Public Defender.  The plaintiff was represented by Meredith B. Tyrakoski, Assistant United States Attorney.

      The Court found the defendant to be in violation of Allegation Nos. 2 and 4.  The Court found the defendant was not in violation of Allegation Nos. 1 and 3, and they are dismissed. The Court then proceeded to final disposition.

      IT IS ORDERED:

      1) The defendant shall be released on the same terms and conditions as previously imposed.

2) The defendant shall have no contact with Bertina Whaley.

DATED this 30th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court